UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ISAAC VARGAS, and DAMON B. MERCADO, and MARGARITA LARA, Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| | § | CIVIL ACTION NO. 7:12-CV-00375 |
| Plaintiffs, | § | |
| V. | § | |
| | § | |
| BRAMBLE RESTAURANTS, LTD., d/b/a DENNYS, and DAVID E. BRAMBLE, Individually, | § § § | |
| Defendants. | § | |

**DEFENDANTS' BRAMBLE RESTAURANTS, LTD., d/b/a DENNY'S, AND DAVID E. BRAMBLE'S CERTIFICATE OF INTERESTED PARTIES & COUNSEL**

**NOW COMES, DEFENDANTS**, BRAMBLE RESTAURANTS, LTD., d/b/a

DENNY'S, AND DAVID E. BRAMBLE (hereafter DEFENDANTS) and file their

Certificate of Interested Parties as per the requirements of this Court.

**PLAINTIFFS:**

    Isaac Vargas

    Damon Mercado

    Margarita Lara

**PLAINTIFFS' COUNSEL:**

    Galvin B. Kennedy, Jennedy Hodges, L.L.P.

**DEFENDANTS:**

    David E. Brambel

    Bramble Restaurants, LTD. d/b/a Denny's

**DEFENDANTS' COUNSEL:**

Javier Villalobos, Law Office of Javier Villalobos, P.C.

    SIGNED on this 3rd day of January, 2013.

        Respectfully submitted,

        Law office of Javier Villalobos, P.C.
        5804 N. 23rd Street
        McAllen, Texas 78504
        (956) 687-4000
        (956) 687-4001 Fax

        By: */s/ Javier Villalobos*
           Javier Villalobos
           Federal Bar No. 25470
           Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 3rd day of January, 2013, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record:

                                        */s/ Javier Villalobos*